IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-4, § § § § § § § Plaintiff, § § v. § § JUSTIN BLAKE ALEXANDER, CODY § PHILLIP ALEXANDER, and BRANDY § NICOLE ALEXANDER, § § Defendants. § | Civil Action No. SA-22-CV-00252-JKP |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 ("Plaintiff" or "BNYM"). files this its *Notice of Voluntary Dismissal Without Prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and respectfully shows the Court as follows:

**I.**

Plaintiff files this its Notice of Voluntary Dismissal ("Notice") pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff files this Notice before any of the defendants have filed an answer or motion for summary judgment. As such, Plaintiff voluntarily dismisses the claims it has asserted herein against defendants without prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Plaintiff's claims against defendants be dismissed without prejudice, that no prejudice attach to such dismissal, and that Plaintiff be awarded all other relief to which Plaintiff may be entitled.

Respectfully submitted,

By: */s/ Nicholas M. Frame*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**NICHOLAS M. FRAME**
Texas Bar No. 24093448
nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2650 (Phone)
713-730-3212 (Direct)
214-635-2686 (Fax)

**ATTORNEYS FOR PLAINTIFF**